```
PGM: CU2076R                        TEXAS DEPT. CRIM. JUSTICE                         DATE: 11/08/18
USER: OW00004                     TDCJ - OFFENDER SALES HISTORY REPORT                TIME: 10:18:00
                                                                                      PAGE:   1

OFFENDER: 00697364    GARRETT, MICHAEL DANTE      FROM DATE: 1/01/2017 TO: 11/08/2018  DEPT:  CAT:    SUB:     CLS:

STORE                          TERM    DATE       TIME     ITEM    DESCRIPTION              QTY    EXTENDED  RETURN

0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   00001   *DR. PEPPER 12 OZ CAN      6       3.30
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   00010   *COCA COLA 12 OZ CAN       6       3.30
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   00075   *INSTANT RICE 8 OZ         3       2.25
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   00079   *COLOMBIAN COFFEE          5      10.00
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   00083   *BBQ CHIPS  MOON LODGE     3       3.75
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   00102   TOOTHPASTE-COLGATE GEL     1       2.75
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   00119   ANTIPERSPIRANT DEODORANT   2     - 5.00
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   00189   H*TUNA IN WATER            5       7.25
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   00197   H-RAMEN-L/S CHICKEN NOODLES 24      7.20
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   00200   D-RANCH DRESSING PACK      5        .75
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   00310   H-CHUNK CHICKEN IN BROTH   2       5.00
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   01193   *PEPPERMINT STICK 1 OZ     3        .30
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   01205   D*TRAIL MIX-SWEET & SALTY  5       1.75
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   04140   *VANILLA CREAM COOKIES     5       5.75
0481 MCCONNELL UNIT 'A'          2   3/03/2018   9:57:31   09307   PORK SKINS-SPICY HOT       1        .85
                                                                                             76      60.00

                                                                                             76      60.00
```



DEFENDANT'S EXHIBIT