UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL GARRETT, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. NO. 2:13-CV-00070 |
| | § | |
| BOBBY LUMPKIN, | § | *On remand from* |
| Director, | § | United States Court of Appeals |
| Texas Department of Criminal Justice, | § | for the Fifth Circuit |
| Correctional Institutions Division, | § | Appeal No. 19-40559 |
| | § | |
| *Defendant.* | § | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Michael Garrett, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order on Remand [Dkt. 321] entered on October 21, 2022.

Dated: November 17, 2022                Respectfully submitted,

                                        */s/ Christopher R. Knight*

**NAOMI HOWARD, P.C.**                  **HAYNES AND BOONE, LLP**
**ATTORNEY AT LAW**

                                        Christopher R. Knight
ATTORNEY-IN-CHARGE                      State Bar No. 24097945
Naomi Howard                            Federal I.D. No. 3612400
State Bar No. 24092541
Federal I.D. No. 3059447                Chris.Knight@haynesboone.com
NaomiHowardLaw@protonmail.com           Wes Dutton
PO Box 303381                           State Bar No. 24109823
Austin, Texas 78703-0057                Federal I.D. No. 3428463
T: 512.699.5988                         Wes.Dutton@haynesboone.com
                                        301 Commerce Street, Suite 2600
                                        Fort Worth, Texas 76102
                                        T: 817.347.660
                                        F: 817.347.6650

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

                                                */s/ Christopher R. Knight*
                                                Christopher R. Knight